UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSOURI

| | |
|---|---|
| Janice Bowen, et al., )<br>    PETITIONERS, )<br>)<br>Vs. )<br>)<br>Robert G. O'Blennis )<br>    ALJ for Social Security, )<br>    RESPONDENT, ) | Case No.: 4:09CV1308 RWS |

NOTICE OF APPEAL TO A COURT OF APPEALS
FROM AN ORDER OF DISMISSAL FROM A DISTRICT COURT

    Notice is hereby given that Janice Bowen, Mary Eastridge, Sherri Link, and Williams Smith, petitioners in the above named case, hereby appeal to the United States District Court for the Eighth Circuit from the final order dismissing petitioners' writ of mandamus filed August 14, 2009 under 28 U.S.C. § 1361 and Rule 21 of the Federal Rules of Appellate Procedure entered in this action on the 25th day of August, 2009.

    Pursuant to Rule 24 (a) (3), because Petitioners were permitted to proceed *in forma pauperis* at the District Level, Petitioners can continue to appeal without paying costs.

    Petitioners also seek leave to use the original record pursuant to Rule 25(c)

Respectfully submitted,
Dempsey, Dempsey & Moellring
By:


s/Terrell Dempsey

_____
Terrell Dempsey               #34947
Attorney for the Petitioners
Dempsey, Dempsey & Moellring
236 North 6th St.
Quincy, Il.  62301
Phone (217)222-2432 Fax (217)222-3264
Email jeni@ddrm.net

CERTIFICATE OF SERVICE

  I hereby certify that on September 1, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

The Honorable Robert G. O'Blennis, Respondent,
St. Louis Hearing Office
200 N. Broadway, Ste. 900
St. Louis, MO 63102

Michael W. Reap, Attorney for Respondent,
United States Attorney
20.333 Thomas Eagleton U.S. Courthouse
111 S. 10th
St. Louis, MO 63102

                                                  s/Terrell Dempsey
                                                  TERRELL DEMPSEY   #34947
                                                  Attorney for Petitioners